in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2553. IN RE DISCIPLINE OF GASSAWAY. John Michael Gassaway, of Oklahoma City, Okla., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2554. IN RE DISCIPLINE OF LILE. Stephen Lile, of Lawton, Okla., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2555. IN RE DISCIPLINE OF SHEPHERD. Robert L. Shepherd, of Stuart, Fla., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2556. IN RE DISCIPLINE OF STOCKER. David Benjamin Stocker, of Phoenix, Ariz., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2557. IN RE DISCIPLINE OF GRABINSKI. Thomas Dale Grabinski, of Globe, Ariz., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2558. IN RE DISCIPLINE OF BROWN. Thomas Daniel Brown, of Charlotte, N. C., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2559. IN RE DISCIPLINE OF STANTON. George Patrick Stanton, Jr., of Clarksburg, W. Va., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.